**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                                          )        Case No.  25-07466
Ian Proce                                       )        Chapter 13
                                                )        Judge:  Deborah L. Thorne
                                                )
                         Debtor

Ian Proce                                                DAVID R HERZOG
15321 S Heritage Dr                                      53 W JACKSON BLVD #1442
Plainfield, IL  60544                                    CHICAGO, IL  60604

**NOTICE OF MOTION**

Please take notice that on January 08, 2026 at 10:30 am, a representative of this office shall appear before the Honorable Judge Deborah L. Thorne, or any judge sitting in that judge's place, either in Courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 or electronically as described below and present the Trustee's motion a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID.**  The meeting ID for this hearing is **160 9362 1728.**  The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

Glenn Stearns, Chapter 13 Trustee                    /s/   Gerald Mylander
801 Warrenville Road, Suite 650                      FOR: Glenn Stearns, Chapter 13 Trustee
Lisle, IL  60532-4350
Ph:  (630) 981-3888
mylander_j@lisle13.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  25-07466 |
| Ian Proce | ) | Chapter 13 |
| | ) | Judge:  Deborah L. Thorne |
| Debtor | ) | |

**CERTIFICATE OF SERVICE**

I, Gerald Mylander,

[X] an attorney, certify

      or

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown below at the address shown and by the method indicated on December 05, 2025 at 5:00p.m. .

DAVID R HERZOG
53 W JACKSON BLVD #1442
CHICAGO, IL  60604

via CM/ECF

Ian Proce
15321 S Heritage Dr
Plainfield, IL  60544

U.S. mail

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888
mylander_j@lisle13.com

/s/   Gerald Mylander
FOR: Glenn Stearns, Chapter 13 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  25-07466 |
| Ian Proce | ) | Chapter 13 |
| | ) | Judge:  Deborah L. Thorne |
| Debtor | ) | |

**MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11  U.S.C. Section 1307 (c) and in support thereof, states the following:

1.  The Debtor filed a petition under Chapter 13 on Thursday, May 15, 2025.
2.  The Debtor has failed to:
    a.  Conclude the regularly scheduled Section 341 Creditor Meeting.
    b.  Provide 2023-24 corporate tax returns.
    c.  Provide an income statement, balance sheet and payroll records for the business.
3.  As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

   WHEREFORE,  the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).


Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888
mylander_j@lisle13.com

/s/   Gerald Mylander
FOR: Glenn Stearns, Chapter 13 Trustee